UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-CV-60909-RS

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

      Plaintiff,

v.

PERFORMANCE HOSPITALITY
MANAGEMENT, LLC,

      Defendant.
_____/

## NOTICE OF APPEARANCE OF ATTORNEYS FOR DEFENDANT

Please take notice that Brian L. Lerner and the law firm of Kim Vaughan Lerner LLP enter their appearance as counsel of record for Defendant, and request that all notices, pleadings, and other papers filed in this matter be served on the undersigned counsel at the address below.

Dated: May 29, 2024

Respectfully submitted,

By: */s/ Brian L. Lerner*
    Brian L. Lerner (Fla. Bar No. 177202)
    Kim Vaughan Lerner LLP
    312 SE 17th Street, Suite 300
    Fort Lauderdale, Florida 33316
    Telephone: (954) 527-1115
    Facsimile: (954) 527-1116
    E-mail: blerner@kvllaw.com

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

By:   */s/ Brian L. Lerner*

## **SERVICE LIST**

Kristen M. Foslid
kristen.foslid@eeoc.gov
Carter M. Sox
carter.sox@eeoc.gov
U.S. Equal Employment Opportunity Commission
Miami District Office
Miami Tower
100 S.E. 2nd Street, Suite 1500
Miami, Florida 33131
Telephone: (786) 648-5851
Attorneys for Plaintiff